**JAPAN CASH MACHINE CO., LTD. and JCM American Corp., Plaintiffs–Appellants,**

v.

**MEI, INC., Defendant–Cross Appellant.**

**No. 2010–1069, 2010–1070.**

United States Court of Appeals, Federal Circuit.

Nov. 8, 2010.

Michael D. Rounds, Watson Rounds, of Reno, NV, argued for plaintiffs-appellants.

Michael T. Renaud, Pepper Hamilton LLP, of Boston, MA, argued for defendant-cross appellant. With him on the brief were Russell J. Barron and Lana A. Gladstein.

Before GAJARSA, LINN, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**